IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | 2:08-cv-02738-GEB-KJM |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| BAKER & HOSTETLER, | ) | |
| | ) | |
| Defendant. | ) | |

The motions filed on May 22, 2009, Docket Nos. 21, 23, and 24, are denied.

Dated:  March 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge